**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Chad Rae FRANKLIN, Defendant–**
**Appellant.**

No. 08–30421.

United States Court of Appeals,
Ninth Circuit.

Submitted Aug. 20, 2009.*

Filed Sept. 2, 2009.

Kory Larsen, Special Assistant U.S., USGF—Office of the U.S. Attorney, Great Falls, MT, for Plaintiff–Appellee.

David F. Ness, Assistant Federal Public Defender, FDMT—Federal Defenders of Montana, Great Falls, MT, for Defendant–Appellant.

---

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: WALLACE, HAWKINS, and THOMAS, Circuit Judges.

MEMORANDUM **

Chad Rae Franklin appeals from the 105–month sentence imposed following his guilty-plea conviction for being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1). We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Franklin contends that his sentence is unreasonable in light of his social history, military background, and psychological illness, and that the district court failed to account for important factors in his background. Franklin's sentence is procedurally sound and substantively reasonable. *See United States v. Stoterau*, 524 F.3d 988, 999–1002 (9th Cir.2008).

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.